**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1304**

In Re:  JEROME MCFADDEN,

                    Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  June 13, 2013                Decided:  June 17, 2013

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jerome McFadden, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome McFadden has filed a petition for an original writ of habeas corpus, claiming that his due process rights were violated because his trial counsel was ineffective. This court ordinarily declines to entertain an original habeas petition filed under 28 U.S.C. § 2241 (2006), and this case provides no reason to depart from this general rule. Moreover, we find that the interests of justice would not be served by transferring the matter to the appropriate district court. See 28 U.S.C. § 1631 (2006); Fed. R. App. P. 22(a).

Accordingly, we deny McFadden's motion to be released on his own recognizance pending consideration of his habeas corpus petition, deny leave to proceed in forma pauperis, and dismiss the § 2241 petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED